reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

**v.**

**Danny Lee BOUNDS, Appellant.**

**No. WD 73638.**

Missouri Court of Appeals,
Western District.

April 10, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 29, 2012.

Application for Transfer
Denied Aug. 14, 2012.

Kenneth C. Hensley, Raymore, MO, for appellant.

Shuan J. Mackelprang, Jefferson City, MO, for respondent.

Before Division One: CYNTHIA L. MARTIN, Presiding Judge, THOMAS H. NEWTON, Judge and KAREN KING MITCHELL, Judge.

**ORDER**

PER CURIAM:

Danny Bounds appeals from the trial court's judgment convicting him of two counts of burglary in the second degree, tampering with a motor vehicle in the first degree, possession of burglary tools, and three counts of stealing after a jury trial. Bounds contends that the trial court erred in: (1) overruling Bounds's objections to the State's questions of witnesses and statements in closing argument regarding his post-arrest silence; (2) refusing to grant a mistrial after the State made inflammatory comments in closing argument; and (3) denying Bounds's motion for judgment of acquittal based on the sufficiency of the evidence to convict him. We affirm. Rule 30.25(b).

■

**P.G.C., Respondent,**

**v.**

**Jon Scott SHELL, Appellant.**

**No. WD 73927.**

Missouri Court of Appeals,
Western District.

April 24, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 29, 2012.

Application for Transfer
Denied Aug. 14, 2012.

Daniel L. Radke, St. Joseph, MO, for appellant.

Alicia M. Johnson, St. Joseph, MO, for respondent.

Before Division Three: THOMAS H. NEWTON, Presiding Judge, JAMES M. SMART, JR., Judge and GARY D. WITT, Judge.

### ORDER

PER CURIAM:

Jon Scott Shell appeals a Full Order of Protection entered against him by the Circuit Court of Nodaway County.

We affirm. Rule 84.16(b). A memorandum setting forth the reasons for this order has been provided to the parties.

**T. Lee NIGRO, M.D., Appellant,**

v.

**ST. JOSEPH MEDICAL CENTER and Sheryl Davis, Respondents.**

**No. WD 73810.**

Missouri Court of Appeals,
Western District.

May 1, 2012.

Motion for Rehearing and/or Transfer to Supreme Court Denied May 29, 2012.

Application for Transfer
Denied Aug. 14, 2012.